NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOHN B. ADRAIN,**
*Plaintiff-Appellant,*

v.

**EDGE PRODUCTS LLC AND SUPERCHIPS, INC.,**
*Defendants,*

AND

**GRANATELLI MOTOR SPORTS, INC.,**
*Defendant-Appellee.*

---

2012-1060

---

Appeal from the United States District Court for the Southern District of Texas in case no. 10-CV-0885, Judge Vanessa D. Gilmore.

---

## ON MOTION

---

## ORDER

John B. Adrain moves to dismiss his appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)  The motion to dismiss the appeal is granted.  The appeal is dismissed.

(2)  Each side shall bear its own costs.

FOR THE COURT

**MAR 1 6 2012**
_____                          /s/ Jan Horbaly
        Date                             Jan Horbaly
                                         Clerk

cc:  John T. Polasek, Esq.
     Joe C. Holzer, Esq.
     Kelley Maria Keller, Esq.

s21

Issued As A Mandate:  **MAR 1 6 2012**

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 6 2012

JAN HORBALY
CLERK